1

2

3

4                          UNITED STATES DISTRICT COURT

5                         EASTERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,          No.  2:14-cr-00315-GEB

8                    Plaintiff,

9         v.                            **ORDER DENYING DEFENDANT'S MOTION**
                                        **FOR REDUCTION OF SENTENCE**
10   RAMON CUEVAS-LICEA,

11                   Defendant.

12

13           Defendant Ramon Cuevas-Licea moves for a reduction of

14   his sentence based upon the Sentencing Commission's passage of

15   Amendment 782, which generally revised the Drug Quantity Table in

16   U.S.S.G. § 2D1.1 downward by two levels. (Def.'s Mot., ECF No.

17   16.)

18           The government opposes the motion arguing: "[D]efendant

19   does not qualify for a sentence reduction. . . . Amendment

20   782 . . . did not lower the sentencing range for this defendant

21   because he was sentenced pursuant to U.S.S.G. § 2L1.2 for being a

22   deported alien found in the United States, not § 2D1.1." (Gov't

23   Opp'n 3:12-19, ECF No. 20.)

24           "As a general matter, courts may not alter a term of

25   imprisonment once it has been imposed." United States v. Leniear,

26   574 F.3d 668, 673 (9th Cir. 2009) (internal quotation marks

27   omitted) (quoting United States v. Hicks, 472 F.3d 1167, 1169 (9th

28   Cir. 2007)).

                                        1

1          However, 18 U.S.C. § 3582(c)(2) creates an
2  exception to this rule by allowing modification of a term of imprisonment if:
3  **(1) the sentence is "based on a sentencing range that has subsequently been lowered by the Sentencing Commission";** and (2) "such a
4  reduction is consistent with applicable policy statements issued by the Sentencing
5  Commission."

6  Id. (emphasis added) (quoting 18 U.S.C. § 3582(c)(2)).

7          Defendant has not shown that his sentence was based on

8  a sentencing range that has subsequently been lowered by the

9  Sentencing Commission. Therefore, 18 U.S.C. 3582(c)(2) is

10 inapplicable and cannot be used to lower his sentence.

11 Accordingly, Defendant's motion for reduction of sentence is

12 DENIED.

13 Dated:  February 3, 2016

14

15

16                            GARLAND E. BURRELL, JR.
17                            Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28